Fill in this information to identify the case:

United States Bankruptcy Court for the:
Central District of California

Case number (If known): _____ Chapter _____


FILED
AUG 30 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual                     12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's full name

   Joel
   First name

   _____
   Middle name

   Spivak
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. Other names you know the debtor has used in the last 8 years

   None

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)

   ☑ Unknown

   XXX – XX – ____ ____ ____ ____     OR    9 XX – XX – ____ ____ ____ ____

5. Any Employer Identification Numbers (EINs) used in the last 8 years

   ☐ Unknown

   ____ – _____
   EIN

   ____ – _____
   EIN

Debtor __Joel Spivak_____    Case number (if known)_____

6. **Debtor's address**

   **Principal residence**

   3555 Keystone Ave #12
   Number    Street

   Los Angeles        CA    90034
   City               State  ZIP Code

   Los Angeles
   County

   **Principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

   _____
   County

   **Mailing address, if different from residence**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

7. **Type of business**

   ☑ Debtor does not operate a business

   *Check one if the debtor operates a business:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ None of the above

8. **Type of debt**

   **Each petitioner believes:**

   ☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

   ☑ No
   ☐ Yes. Debtor _____    Relationship _____
       District _____ Date filed _____    Case number, if known _____
                             MM / DD / YYYY

       Debtor _____    Relationship _____
       District _____ Date filed _____    Case number, if known _____
                             MM / DD / YYYY

Official Form 105    Involuntary Petition Against an Individual    page **2**

Case 2:19-bk-20269-NB    Doc 1    Filed 08/30/19    Entered 08/30/19 09:57:37    Desc
Main Document    Page 3 of 5

Debtor    Joel Spivak                                         Case number (if known) _____

**Part 3:    Report About the Case**

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Al Mack | Contract | $ 60,000.00 |
| Daniel Fernandez | Contract | $ 65,000.00 |
| Booker Chism | Contract | $ 75,000.00 |
| | Total | $ 200,000.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  Joel Spivak                                    Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _/s/ Al Mack_____
Signature of petitioner or representative, including representative's title

Al Mack
Printed name of petitioner

Date signed  08/30/2019
             MM / DD / YYYY

**Mailing address of petitioner**

5757 West Century Blvd #120
Number  Street

Los Angeles              CA              90045
City                     State           ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  310-597-7680
Email          aleromack@yahoo.com

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

**Attorneys**

X _____
Signature of attorney

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City    State    ZIP Code

Date signed  _____
             MM / DD / YYYY

Contact phone _____  Email _____

| Debtor | Joel Spivak | Case number (if known) |
|---|---|---|

**X** _/s/ Daniel Fernandez_
Signature of petitioner or representative, including representative's title
Daniel Fernandez
Printed name of petitioner

Date signed  8/30/2019
              MM / DD / YYYY

**Mailing address of petitioner**
2211 West 132nd Street
Number    Street
Los Angeles          CA          90045
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**
None
Name

_____
Number    Street

_____
City      State ZIP Code

**X** _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                 State       ZIP Code

Date signed  _____
              MM / DD / YYYY

Contact phone _____  Email _____

---

**X** _/s/ Booker Chism_
Signature of petitioner or representative, including representative's title
Booker Chism
Printed name of petitioner

Date signed  8/30/2019
              MM / DD / YYYY

**Mailing address of petitioner**
5757 West Century Blvd #120
Number    Street
Los Angeles          CA          90045
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**
None
Name

_____
Number    Street

_____
City                 State       ZIP Code

**X** _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                 State       ZIP Code

Date signed  _____
              MM / DD / YYYY

Contact phone _____  Email _____